UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Christopher Allen,
    Plaintiff

-vs-                         Case No. 1:11-cv-30

Commissioner of Social Security,
    Defendant

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X** | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**. The decision of the Administrative Law Judge is **AFFIRMED**.

Date: January 10, 2012                  James Bonini, Clerk

                                           By: s/Mary C. Brown
                                           Mary C. Brown, Deputy Clerk